UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
YUDELKA MARTINEZ, *individually and on behalf of*    :
*others similarly situated*,                                            :
                                                                        :
                                                                        :
                                    Plaintiff,                          :
                                                                        :                25 Civ. 8692 (JPC)
                                                                        :
             -v-                                                        :
                                                                        :                <u>ORDER</u>
DUBAI LOUNGE & RESTAURANT LLC, *et al.*,              :
                                                                        :
                                    Defendants.                         :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 5, 2025, the Court ordered Plaintiff, no later than December 23, 2025, to file

proof of service indicating that it served "copies of the Summons, Complaint, and [the December

5, 2025] Order on Defendant Dubai Lounge & Restaurant LLC by personally delivering them to a

person authorized to accept service on behalf of the company. *See* N.Y. C.P.L.R. § 311-a(a)." Dkt.

12 at 2. The Court specified that "Plaintiff's affidavit of service should describe the individual who

accepts delivery, including facts showing why it is reasonable for the server to believe that that

individual is qualified to accept service on behalf of Defendant." *Id.*

The docket does not indicate that Plaintiff has filed proof of such service. No later than

January 6, 2026, Plaintiff shall serve the Summons, Complaint, the December 5, 2025 Order, and

this Order on Defendant Dubai Lounge & Restaurant LLC by personally delivering them to a person

authorized to accept service on behalf of the company. *See* N.Y. C.P.L.R. § 311-a(a). Plaintiff's

affidavit of service should describe the individual who accepts delivery, including facts showing

why it is reasonable for the server to believe that that individual is qualified to accept service on

behalf of Defendant. Within two days of service, Plaintiff shall file her affidavit of service or show

cause why the claims as to Defendant Dubai Lounge & Restaurant LLC should not be dismissed

for failure to prosecute.  Failure to comply with this Order may result in sanctions, including

dismissal.

        SO ORDERED.

Dated: December 30, 2025
       New York, New York

                                                JOHN P. CRONAN
                                    United States District Judge